374 A.2d 713

Commonwealth v. Weinraub, Appellant.

Argued March 24, 1977. Mark B. Frost, with him Mendel, Schwartz and Bock, for appellant; Deborah E. Glass, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.